IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN ROMERO<br>Plaintiff | CIVIL ACTION |
| vs. | |
| ACADEMY COLLECTION SERVICES, INC.<br>Defendant | NO. 08-4472 |

## STIPULATION OF DISMISSAL

AND NOW, this 30th day of April, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: _____
Dean H. Malik, Esquire
Attorney for Defendant